No. 18,993.

Burness R. Hix *v.* District Court of
Arapahoe County, et al.
(340 P. [2d] 440)

Decided June 15, 1959.   Rehearing denied July 6, 1959.

Messrs. Galligan, Foley & Carlin, for petitioner.

Mr. Martin P. Miller, Mr. William R. Young, for respondents.

Mr. Alan L. Sternberg, amicus curiae.

*En Banc.*

Mr. Justice Day delivered the opinion of the Court.

This is an original proceeding in the nature of prohibition.

In view of our decision in case No. 18,929, *Burness R. Hix v. Leonard A. Roy,* announced this date, the rule is made absolute.